THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STACY SNYDER, Appellant. [761 NYS2d 921] —Appeal from a judgment of Livingston County Court (Alonzo, J.), entered November 8, 2001, convicting defendant after a jury trial of, inter alia, assault in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting her following a jury trial of assault in the second degree (Penal Law § 120.05 [9]) and endangering the welfare of a child (§ 260.10 [1]). Contrary to defendant's contention, the conviction is supported by legally sufficient evidence and the verdict is not against the weight of the evidence (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). The People presented evidence at trial that defendant ordered her five-year-old son to drink household bleach as a punishment for failing to clean his room, and it is well settled that a defendant's intent to cause physical injury to the victim may be inferred from defendant's conduct and the surrounding circumstances (*see People v Amin*, 294 AD2d 863 [2002], *lv denied* 98 NY2d 672, 674 [2002]; *People v Scavone*, 284 AD2d 928, 929 [2001], *lv denied* 96 NY2d 942 [2001]; *see also People v Mike*, 283 AD2d 989 [2001], *lv denied* 96 NY2d 904 [2001]). Contrary to defendant's further contention, the sentence is neither unduly harsh nor severe. We have examined defendant's remaining contention and conclude that it is lacking in merit. Present—Hurlbutt, J.P., Scudder, Kehoe, Burns and Gorski, JJ.

THE PEOPLE OF STATE OF NEW YORK ex rel. RICARDO WASHINGTON, Appellant, v H. MCCARTHY GIPSON, as Superintendent of Erie County Correctional Facility, et al., Respondents. [761 NYS2d 922] —Appeal from a judgment (denominated order) of Supreme Court, Erie County (Dillon, J.), entered July 2, 2002, which converted the petition for a writ of habeas corpus to a CPLR article 78 petition and dismissed the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs (*see People ex rel. Christy v Goord*, 291 AD2d 835 [2002], *lv denied* 98 NY2d 601 [2002]). Present—Hurlbutt, J.P., Scudder, Kehoe, Burns and Gorski, JJ.